AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

)
)
)
)
*Plaintiff(s)* )
)
v. ) Civil Action No.
)
T. PAUL BULMAHN, ALBERT L. REESE, JR., KEITH R. GODWIN, CHRIS A. )
BRISACK, ARTHUR H. DILLY, GERARD J. SWONKE, BRENT M. )
LONGNECKER, WALTER WENDLANDT, BURT A. ADAMS, GEORGE R. )
EDWARDS, ROBERT J. KAROW, and J.P. MORGAN SECURITIES, INC. )
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Schedule A for Summons**

T. PAUL BULMAHN
ATP Oil & Gas Corporation
4600 Post Oak Place
Suite 100
Houston, Texas  77027-9726

ALBERT L. REESE JR.
ATP Oil & Gas Corporation
4600 Post Oak Place
Suite 100
Houston, Texas  77027-9726

KEITH R. GODWIN
ATP Oil & Gas Corporation
4600 Post Oak Place
Suite 100
Houston, Texas  77027-9726

CHRIS A. BRISACK
ATP Oil & Gas Corporation
4600 Post Oak Place
Suite 100
Houston, Texas  77027-9726

ARTHUR H. DILLY
ATP Oil & Gas Corporation
4600 Post Oak Place
Suite 100
Houston, Texas  77027-9726

GERARD J. SWONKE
ATP Oil & Gas Corporation
4600 Post Oak Place
Suite 100
Houston, Texas  77027-9726

BRENT M. LONGNECKER
ATP Oil & Gas Corporation
4600 Post Oak Place
Suite 100
Houston, Texas  77027-9726

WALTER WENDLANDT
ATP Oil & Gas Corporation
4600 Post Oak Place
Suite 100
Houston, Texas  77027-9726

BURT A. ADAMS
ATP Oil & Gas Corporation
4600 Post Oak Place
Suite 100
Houston, Texas  77027-9726

GEORGE R. EDWARDS
ATP Oil & Gas Corporation
4600 Post Oak Place
Suite 100
Houston, Texas  77027-9726

ROBERT J. KAROW
ATP Oil & Gas Corporation
4600 Post Oak Place
Suite 100
Houston, Texas  77027-9726

J.P. MORGAN SECURITIES INC
277 Park Avenue
New York, NY 10172