CERTIFICATION PURSUANT TO
THE FEDERAL SECURITIES LAWS

I, Richard J. Hampton, Jr., hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the Secretary-Treasurer of the Firefighters' Pension & Relief Fund for the City of New Orleans ("Firefighters' Pension & Relief Fund").

2. I have reviewed the Complaint in this matter and authorize Scott+Scott, Attorneys at Law, LLP, to file a complaint and to file lead plaintiff papers in this matter.

3. The Firefighters' Pension & Relief Fund is willing to serve as a representative party on behalf of all Class members who purchased or otherwise acquired 11.875% Senior Second Lien Exchange Notes (the "Notes") pursuant and/or traceable to the ATP Oil & Gas Corporation's December 16, 2010 public exchange of these Notes, including providing testimony at deposition and trial, if necessary.

4. Pursuant and/or traceable to the public exchange of these Notes, the Firefighters' Pension & Relief Fund purchased and/or acquired the Notes that are the subject of the Complaint as set forth in the attached Schedule A.

5. The Firefighters' Pension & Relief Fund did not engage in the foregoing transactions at the direction of counsel nor to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

6. During the three-year period preceding the date of my signing this Certification, the Firefighters' Pension & Relief Fund has not sought to serve, nor served as the representative party or lead plaintiff on behalf of a class in a private action arising under the Securities Act or the Exchange Act.

7. The Firefighters Pension & Relief Fund will not accept any payment for serving as a representative party on behalf of the class beyond its *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed at New Orleans, Louisiana.

May 16, 2013
Date

FIREFIGHTERS' PENSION & RELIEF FUND
OF THE CITY OF NEW ORLEANS

_____
Richard J. Hampton, Jr., Secretary-Treasurer