UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FIREFIGHTERS PENSION & RELIEF FUND OF THE CITY OF NEW ORLEANS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>T. PAUL BULMAHN, et al.,<br><br>Defendants. | Civil Action No. 2:13-cv-03935-CJB-SS<br><br>CLASS ACTION<br><br>Judge Carl Barbier<br>Magistrate Judge Sally Shushan |

EX PARTE MOTION TO ADMIT COUNSEL *PRO HAC VICE*

NOW comes Louis L. Robein, undersigned counsel for proposed lead plaintiff Plumbers and Pipefitters National Pension Fund, and submits this motion to admit counsel *pro hac vice* pursuant to LR 83.2.5 to admit Danielle S. Myers of the firm Robbins Geller Rudman & Dowd LLP as a visiting attorney, representing proposed lead plaintiff Plumbers and Pipefitters National Pension Fund.

Danielle S. Myers is a member in good standing of the bar of California, State Bar No. 259916, and has never been disciplined by any of the bars to which she has been admitted, nor have criminal charges been instituted against her.  Attached hereto are Danielle S. Myers' affidavit so stating and certificate of good standing from the State Bar of California.

WHEREFORE, Louis L. Robein, through undersigned counsel, prays that Danielle S. Myers be admitted as a visiting attorney on this case, representing proposed lead plaintiff Plumbers and Pipefitters National Pension Fund.

DATED:  July 31, 2013

ROBEIN, URANN, SPENCER, PICARD
  & CANGEMI, APLC

s/ Louis L. Robein
LOUIS L. ROBEIN

2540 Severn Avenue, Suite 400
Metairie, LA  70002
Telephone: 504.885.9994
Facsimile:  504.885.9969
Email:    lrobein@ruspclaw.com

[Proposed] Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
DANIELLE S. MYERS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
Facsimile:  619/231-7423
Email:    danim@rgrdlaw.com

[Proposed] Lead Counsel for Plaintiff

- 1 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 31, 2013, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/Louis L. Robein
LOUIS L. ROBEIN

ROBEIN, URANN, SPENCER, PICARD
  & CANGEMI, APLC
2540 Severn Avenue, Suite 400
Metairie, LA  70002
Telephone:  504.885.9994
Facsimile:  504.885.9969
E-mail:    lrobein@ruspclaw.com
