UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FIREFIGHTERS PENSION & RELIEF FUND OF THE CITY OF NEW ORLEANS, Individually and on Behalf of All Others Similarly Situated | CIVIL ACTION |
| VERSUS | NO: 13-3935, c/w 13-6083, 13-6084, 13-6233 |
| T. PAUL BULMAHN, ET AL. | SECTION: R |
| | REF: ALL CASES |

## **JUDGMENT**

Considering the Court's order and reasons on file herein,

IT IS ORDERED, ADJUDGED AND DECREED that plaintiffs' claims are hereby dismissed with prejudice.

New Orleans, Louisiana, this 24th day of November, 2015.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE