IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 15-31094

D.C. Docket No. 2:13-CV-3935

United States Court of Appeals
Fifth Circuit
**FILED**
April 21, 2017
Lyle W. Cayce
Clerk

BRIAN M. NEIMAN; WILLIAM KRUSE; and THE MOSHE ISSAC FOUNDATION,
Individually and on behalf of all others similarly situated,

    Plaintiffs - Appellants

v.

T. PAUL BULMAHN; ALBERT L. REESE, JR.; KEITH R. GODWIN; LELAND E. TATE,

    Defendants - Appellees

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before HIGGINBOTHAM, ELROD, and HIGGINSON, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on **May 15, 2017**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**